BATTERSON, Appellant, v. BENTLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Anna Batterson against Lydia Bentley. No opinion. Judgment of the county court reversed, with costs, and the judgment of the justice's court affirmed, with costs.

BEDELL v. ARNOLD. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Elizabeth W. Bedell against Roman Arnold, impleaded. J. R. Angel, for E. W. Bedell. W. G. McCrea, for R. Arnold. No opinion. Judgment affirmed upon ground that the law of the case was settled upon the previous appeal. 15 App. Div. 576, 44 N. Y. Supp. 541.

BENDER et al., Respondents, v. BAAR et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 28, 1898.) Action by Emil Bender and another against Max Baar and another. No opinion. Order affirmed, with $10 costs and disbursements.

BENDER et al., Respondents, v. BAAR et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) Action by Emil Bender and another against Max Baar and another. No opinion. Judgment modified by declaring the assignment void only as to plaintiffs, and as modified affirmed, with costs.

BERNSTEIN, Respondent, v. CROW et al., Appellants. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Moses Bernstein against Moses Crow and another. F. Bien, for appellants. C. G. F. Wahle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 1089, 48 N. Y. Supp. 531.

BILLINGS, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Wilhelmina Billings against Delos Williams. No opinion. So much of the order as is appealed from reversed, with $10 costs and disbursements. Held, that the notice of appeal was served too late. See Hewitt v. City Mills, 136 N. Y. 211, 32 N. E. 768.

BLANK, Respondent, v. RUDENSKY, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Jesse B. Blank against Louis Rudensky. J. Menheim, for appellant. N. H. Prager, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BLUMENTHAL et al., Respondents, v. MICHEL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Ferdinand M. Blumenthal and others against Moses Michel and others. E. C. James, for appellants. A. Blumenthal, for respondents. No opinion. Reargument ordered.

In re BOARD OF FIRE COM'RS. (Supreme Court, Appellate Division, First Department. June 10, 1898.) In the matter of the application of the board of fire commissioners. No opinion. The petitioner may proceed as indicated on the argument, and the mother is designated a special guardian. See 52 N. Y. Supp. 1136.

BOON, Respondent, v. JAMES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Norman P. Boon against Charles S. James and others. No opinion. Judgment and order affirmed, with costs. See 47 N. Y. Supp. 370.

BOYCE et al. v. BOYCE et al. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by Thomas H. Boyce and another against Robert B. D. Boyce and others. No opinion. Motion granted, with $10 costs.

BRADY v. MANHATTAN RY. CO. (Supreme Court, Appellant Division, First Department. October 14, 1898.) Action by Anastasia Brady against the Manhattan Railway Company. Benjamin Yates, for appellant. C. A. Gardiner, for respondent.

PER CURIAM. This case is precisely within the case of Hanrahan v. Railway Co., 53 Hun, 420, 6 N. Y. Supp. 395. The judgment should be affirmed, with costs. See 48 N. Y. Supp. 1101.

BRENNAN v. VARIAN et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Michael Brennan against Michael Varian and another. No opinion. Motion granted, with $10 costs.

BREWSTER et al., Respondents, v. RANCONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by John H. Brewster and others against John Rancone, impleaded, etc. No opinion. Judgment affirmed, with costs.

BRISTOR, Plaintiff, v. KRETZ et al., Defendants. (Supreme Court, Appellate Division, Second Department. June 7, 1898.) Action by George R. Bristor against George H. Kretz and Edwin R. Smith. No opinion. Application for leave to appeal to the court of appeals granted. See 49 N. Y. Supp. 404, 52 N. Y. Supp. 1138.

BROKAW, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Isaac V. Brokaw against Ellen Duffy. M. S. Thompson, for appellant. M. J. Scanlon, for respondent. No opinion. Reargument ordered.

In re BROOKLYN CITY R. CO. et al. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) In the matter of the application of the Brooklyn City Railroad Company and others for the appointment of commissioners to determine whether a railroad should be constructed and operated on Johnson, Washington, and Fulton streets, in the borough of Brooklyn. No opinion. Application granted. Herbert T. Ketcham, John Henry Wal-